IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACQULYN M. THOROUGHGOOD,<br>    Plaintiff,<br><br>            v.<br><br>COOPERATIVE COMMUNICATIONS, INC.,<br>    Defendant. | CIVIL ACTION<br><br><br><br>NO.  13-1134 |

## O R D E R

**AND NOW**, this 28th day of May, 2014, no proceedings having been docketed in this case by plaintiff since service of process was noted on the docket on March 25, 2014, and the Court, by Order of April 22, 2014, having stated that ". . . the case will be dismissed without prejudice and without further notice to the parties if further proceedings are not docketed within the next thirty (30) days," and plaintiff having failed to comply with that Order, **IT IS ORDERED** that the action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that copies of this Order shall be served by the Deputy Clerk on counsel for plaintiff and on defendant, Cooperative Communications, Inc.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.